John D. KLEPEES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51819.

Missouri Court of Appeals,
Western District.

June 25, 1996.

Rosemary E. Percival, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joanne E. Joiner, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J.,
and ULRICH and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from denial of a Rule 24.035 postconviction motion alleging ineffective assistance of counsel. Appellant was convicted of burglary in the first degree, § 569.160,

RSMo 1994, and sentenced as a prior and persistent offender, §§ 558.016 and 557.036.4, RSMo 1994, to fifteen years imprisonment.

Affirmed. Rule 84.16(b).